IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM WESLEY WOOD, #240401, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:09cv987-TMH |
| | ) | |
| DAVID J. WISE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AND OPINION**

On September 14, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The petition for habeas corpus relief is DENIED as it was not filed within the one-year period of limitation of 28 U.S.C. §2244(d)(1)(A).

2. This case is DISMISSED with prejudice.

Done this the 14th day of October, 2011.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE